**Opinion issued April 7, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-20-00009-CV

————————————

## IN RE ANGELINA GUERRERO, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Angelina Guerrero has filed a petition for writ of mandamus, asking this Court

to set aside a sale order of certain real property.[1]

We deny the petition. All pending motions are dismissed as moot.

### PER CURIAM

---

[1] The underlying case is *In the Estate of Oralia K. Salinas, Deceased*, cause number 444,621, pending in the Probate Court No. 3 of Harris County, Texas, the Honorable Jason Cox presiding.

Panel consists of Justices Keyes, Lloyd, and Hightower.